922

No. 78–6438. Yost *v.* Wainwright, Secretary, Department of Offender Rehabilitation of Florida. Motion for leave to file petition for writ of habeas corpus denied.

No. 78–6296. Carlos *v.* United States et al. Motion for leave to file petition for writ of mandamus denied.

No. 78–1155. Vitek, Correctional Director, et al. *v.* Jones. Appeal from D. C. Neb. Motion of appellee for leave to proceed *in forma pauperis* granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 78–1335. Village of Schaumburg *v.* Citizens for a Better Environment et al. C. A. 7th Cir. Certiorari granted.

No. 78–1117. Smith *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 78–1191. Cerrella et al. *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 78–1211. Tucker *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 78–1228. Seidlitz *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 78–1233. Mitchell *v.* Mid-Continent Spring Company of Kentucky; and

No. 78–1373. Mid-Continent Spring Company of Kentucky *v.* Mitchell. C. A. 6th Cir. Certiorari denied.

No. 78–1245. Geders *v.* United States. C. A. 5th Cir. Certiorari denied.